**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 43692**

| | |
|---|---|
| STATE OF IDAHO, | ) 2016 Unpublished Opinion No. 547 |
| | ) |
| Plaintiff-Respondent, | ) Filed: May 23, 2016 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| SEAN PATRICK IRVING, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Steven J. Hippler, District Judge.

Judgment of conviction and sentence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Brian R. Dickson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; GRATTON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Sean Patrick Irving pleaded guilty to two counts of first degree arson, Idaho Code § 18-802. For the first count, the district court imposed a unified twenty-year sentence, with fifteen years determinate. For the second count, the district court imposed a unified sentence of twenty years, with all twenty years as the indeterminate portion. Irving appeals, contending that his aggregate sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Irving's judgment of conviction and sentence are affirmed.